No. 381. STATE CORPORATION COMMISSION OF KANSAS *v.* FEDERAL POWER COMMISSION ET AL., 346 U. S. 922;

No. 382. NORTHERN NATURAL GAS CO. *v.* FEDERAL POWER COMMISSION ET AL., 346 U. S. 922;

No. 648. BRAND ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 968;

No. 264, Misc. JOHNSON *v.* ILLINOIS, *ante,* p. 955;

No. 442, Misc. LIPSCOMB *v.* UNITED STATES, *ante,* p. 962;

No. 502, Misc. PUFF *v.* UNITED STATES, *ante,* p. 963; and

No. 535, Misc. MORAN *v.* DONALDSON ET AL., *ante,* p. 969. Petitions for rehearing denied.

STATEMENT SHOWING THE NUMBER OF CASES FILED, DISPOSED OF, AND REMAINING ON DOCKETS, AT CONCLUSION OF OCTOBER TERMS—1951, 1952, AND 1953

| Terms | ORIGINAL | | | APPELLATE | | | MISCELLANEOUS | | | TOTALS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1951 | 1952 | 1953 | 1951 | 1952 | 1953 | 1951 | 1952 | 1953 | 1951 | 1952 | 1953 |
| Number of cases on dockets | 9 | 11 | 11 | 827 | 863 | 815 | 532 | 563 | 637 | 1,368 | 1,437 | 1,463 |
| Number disposed of during terms | 0 | 0 | 0 | 714 | 742 | 694 | 508 | 544 | 609 | 1,222 | 1,286 | 1,303 |
| Number remaining on dockets | 9 | 11 | 11 | 113 | 121 | 121 | 24 | 19 | 28 | 146 | 151 | 160 |

| Distribution of cases disposed of during terms: | TERMS | | |
|---|---|---|---|
| | 1951 | 1952 | 1953 |
| Original cases | 0 | 0 | 0 |
| Appellate cases on merits | 196 | 201 | 172 |
| Petitions for certiorari | 518 | 541 | 522 |
| Miscellaneous docket applications | 508 | 544 | 609 |

| Distribution of cases remaining on dockets: | TERMS | | |
|---|---|---|---|
| | 1951 | 1952 | 1953 |
| Original cases | 9 | 11 | 11 |
| Appellate cases on merits | 57 | 55 | 52 |
| Petitions for certiorari | 56 | 66 | 69 |
| Miscellaneous docket applications | 24 | 19 | 28 |

JUNE 8, 1954.

1023

288037 O—54——57